

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2014

No. 04-14-00735-CV

Brian C. **SIMCOE**,
Appellant

v.

Thomas **CHRISTOPHER** and Catrina Christopher,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-15519
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

On November 26, 2014, we issued an opinion dismissing this appeal for lack of jurisdiction. On December 1, 2014, the appellant, Brian C. Simcoe, filed a motion for reconsideration and reinstatement of his appeal. *See* TEX. R. APP. P. 49.2. The Court requests that the appellees, Thomas Christopher and Catrina Christopher, file a response to this motion on or before **January 16, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court